# UNITED STATES DISTRICT COURT

for the

__Middle__ District of __Tennessee__

__Columbia__ Division

RECEIVED
OCT 24 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

__Donald Armstrong__
)
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Jeannie Brunson, et al.__
__Southern Health Partners, et al.__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [X] Yes   [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Donald Armstrong
- Address: 1300 Lawson White dr.
  - City: Columbia
  - State: TN
  - Zip Code: 38401
- County:
- Telephone Number:
- E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Jeannie Brunson
- Job or Title (if known): Head Nurse
- Address: 1300 Lawson White dr.
  - City: Columbia
  - State: TN
  - Zip Code: 38401
- County: Maury County
- Telephone Number: 931-388-5151
- E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
  Name                          none
  Job or Title *(if known)*
  Address

  _____
  City                State              Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name                          none
  Job or Title *(if known)*
  Address

  _____
  City                State              Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

T.C.A. §41-21-204(b) Any inmate that is ill shall receive proper medical treatment

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____ None _____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

_____ Maury County Jail _____

B. What date and approximate time did the events giving rise to your claim(s) occur?

_____ 3-3-2025  Time 12:42 PM _____

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1 year ago Dr. Walker put on Metformin Diabetes at V.A Clinic, Columbia. To take twice daily 500mg for Diabetes. On Booking Intake 12:42 Nurse came up I told her I take metformin for my Diabetes 500.mg Nurse told me they don't have metformin medication. Two days later Nurse call me to take H-P. 3-5-2025. I told Nurse I'm on metformin medication I got Diabetes. it took Jeannie Burnson Head Nurse before I got metformin 500mg I went 102 Days 3-3-2025 to 6-14-2025 Before I got Metformin 500 mg My Diabetes my Health is very serious. I choose follow my Doctor orders why don't they why Jeannie Burnson head Nurse contacted my V.A Doctor Walker? I told Nurse what kind medication Dr. Walker put me on. Metformin 500mg twich daily — Atorvastatin 20mg Take one half for Cholesterol every day Cholecalciferol Vitamin D3 take one tablet every Day 25 McG, I got put on 2 medication but not my Diabetes metformin 500mg it took 102 Days Jeannie Burnson could contract

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

> Pain and suffering
> Emotional Distress

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

> Punitive Damages, Medical Negligence
> 350,000

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-10-25

Signature of Plaintiff: Donald Armstrong

Printed Name of Plaintiff: DONALD Armstrong

[Notary seal: REBECCA PRINCE, STATE OF TENNESSEE, NOTARY PUBLIC, MAURY COUNTY]

Rebecca Luna
Notary Expires
3/22/2028

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
       City         State       Zip Code
Telephone Number: _____
E-mail Address: _____



Donald Armstrong
1300 Lawson White Dr
Columbia TN 38401

NASHVILLE TN 370
21 OCT 2025 PM 7

Clerk, U.S. District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, Tennessee 37203

RECEIVED
OCT 24 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

